UNPUBLISHED ORDER
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 9, 2006

**Before**

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 03-4075

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff-Appellee,*<br><br>    *v.*<br><br>WILLIAM R. KAPP,<br>    *Defendant-Appellant.* | Appeal from the United States<br>District Court for the Northern<br>District of Illinois, Eastern Division.<br><br>No. 02 CR 418<br><br>Blanche M. Manning,<br>*Judge.* |

**ORDER**

Kapp was sentenced to 51 months' imprisonment for violations of the Endangered Species Act and the Lacey Act. On appeal, Kapp argued, among other things, that his sentence violated the Sixth Amendment. *See United States v. Booker*, 543 U.S. 220 (2005); *United States v. Paladino*, 401 F.3d 471, 481 (7th Cir. 2005). We remanded to ask whether the judge would have imposed a lesser sentence had she known that the guidelines were advisory. *See Paladino*, 401 F.3d at 483–84. The judge answered that she would have imposed the same sentence. Because that sentence fell within the correctly calculated guidelines range, it is presumptively reasonable. *See United States v. Mykytiuk*, 415 F.3d 606, 608 (7th Cir. 2005). Kapp filed no response before us to rebut that presumption and our independent review uncovers nothing to suggest unreasonableness. Therefore, in addition to his convictions, Kapp's sentence is also AFFIRMED.